(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-374 Case Title: FSI Internat'l v. United Parcel Service

### Affidavit of Movant

I, Scott Rusert ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac A. Annette Teichert , an attorney admitted to practice in the Northern District of Georgia ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant United Parcel Service in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 231113 MN Attorney License # | 3-12-02 Date

### Affidavit of Proposed Admittee

I, A. Annette Teichert , am currently a member in good standing of the U.S. District Court for Northern District of Georgia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

A. Annette Teichert Type/Print Name | [signature] Signature | 03/06/02 Date

Attorney License Number: Georgia Bar No. 194605

Law Firm Name & Address: Alston & Bird. LLP

1201 West Peachtree St.

Atlanta. GA 30309-3424

Telephone: (404) 881-7000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAR 13 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______